UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00534-DAD-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 3) |

　　　　Plaintiff Chris Epperson initiated this action proceeding *pro se* by filing a complaint on May 4, 2022. (Doc. No. 1.) Plaintiff sought leave to proceed in *in forma pauperis*. (Doc. No. 2.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 17, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for leave to proceed *in forma pauperis* be denied and that this action be dismissed as frivolous. (Doc. No. 3.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections have been filed with the court, and the time in which to do so has since passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 17, 2022 (Doc. No. 3) are adopted;
2. Plaintiff's complaint is dismissed as frivolous;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied; and
4. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated: **July 12, 2022**

_____
UNITED STATES DISTRICT JUDGE